IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JACQUELINE KEY,

       Plaintiff,

  vs.                                    Civil Action No. _____

UNITED STATES OF AMERICA,
Michael Carvajal, Director,
Federal Bureau of Prisons, Patricia V. Bradley, Warden,
And JOHN DOES 1,2,3 & 4,

       Defendants.

_____

COMPLAINT FOR NEGLIGENT INFLICTION OF MENTAL DISTRESS,
NEGLIGENT INFLICTION OF UNECESSARY PAIN AND SUFFERING,
MEDICAL MALPRACTICE AND FAILURE TO DIAGNOSE & DELIBERATE INDIFFERENCE
_____

Plaintiff, Jacqueline Key, respectfully states to the court as follows:

1.     That this action is brought pursuant to the Federal Tort Claims Act,

28 U.S.C. § 2671.

2.     That venue is properly within this District under 28 U.S.C. § 1402(b) as the acts

complained of occurred in the Western District of Tennessee.

3.     That Plaintiff, Jacqueline Key is a citizen of the United States presently residing in

Memphis and formerly incarcerated at the SCP of Aliceville, Alabama.

4.     That the Defendant is the United States of America as prescribed by the Federal

Tort Claims Act.

5.      That the other defendants who are agents of the Defendant, United States of America, and the persons who committed the negligent acts and omissions mentioned below, among other John Does to be determined.

6.      That the Plaintiff has complied with all administrative and procedural requirements prior to the filing of this civil action and all conditions precedent to a Federal Tort Claims Act have been met.

7.      That Plaintiff was notified of the determination by the Federal Bureau of Prisons that she had not suffered a compensable injury due to the negligence of staff acting within the scope of their employment by a letter with the notation 2/23/2021 at the bottom of the letter.

8.      That Jacqueline Key reported to the pill line daily.

9.      That Jacqueline Key was refused adequate care for her medical condition of multiple sclerosis, Graves' disease, and high blood pressure.

10.     Plaintiff was advised by prison personnel that she fractured the left side of her face due to actions during a seizure.

11.     That Plaintiff did not receive proper treatment for the fracture to the left side of her face which has cause permanent damage to her vision.

12.     That several the individual Defendants and agents of the Defendant, United States of America, named above were part of the Institutional Utilization Review Committee.

13.     That months passed with no treatment being provided for Jacqueline Key.

14.     That the medical condition of Jacqueline Key deteriorated to a shocking and painful degree.

15.     That Jacqueline Key made numerous efforts including, but not limited to, personal and face-to-face requests, the filing of grievances.

16.     That, despite the diligent efforts of Jacqueline Key, the agents of the Defendant, United States of America, negligently failed to fulfill the Defendants' duty to Jacqueline Key in that they failed to provide medical treatment to Jacqueline Key while she was incarcerated and exhibited extreme deliberate indifference to her medical condition.

17.     That Jacqueline Key suffered agonizing pain, deterioration of her physical body, and loss of enjoyment of life as a direct and proximate result of the negligence acts and omissions of the Defendant(s).

18.     That the Defendant, United States of America, is liable for the negligent acts of its agents in that they breached and performed below the standard of care applicable to those in their profession as it existed in Shelby County or similar communities during the time of the Plaintiff's condition in that they failed to take prompt action to correct the Plaintiff's medical condition.

19.     That the negligent acts and omissions caused substantial injury to the Plaintiff, Jacqueline Key.

20.     That because of those negligent acts and omissions, Jacqueline Key, has experienced pain, suffering, and impairment of her right to enjoy life and is likely to experience those losses in the future.

*WHEREFORE*, Jacqueline Key, seeks the following:

(a)    An award of compensatory damages in a fair and reasonable amount to be

determined by the Court in an amount in excess of $1,000,000.00.

(b)    An award of all discretionary costs and court costs; and

(c)    Such other and further relief as shall be determined and necessary.

Respectfully,

/s/ *Gerald S. Green*

**Gerald S. Green**   #9470
P.O. Box 264
Memphis, TN   38103
Tel. 901-527-3193
Fax 901-527-2320
Email indictmentdefense@gmail.com

.